UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:     CASE NO: 06-33403
    RAYMOND MCLEMORE JR.     (Chapter 13)

Debtor     JUDGE GUY R. HUMPHREY

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4014698**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| / 4 | HSBC MORTGAGE SERVICES<br>636 GRAND REGENCY BLVD<br>BRANDON, FL 33510 | 319.99 |
| 7/ 15 | HSBC MORTGAGE SERVICES<br>636 GRAND REGENCY BLVD<br>BRANDON, FL 33510 | 114.35 |
| 7/ 1,006 | HSBC MORTGAGE SERVICES<br>636 GRAND REGENCY BLVD<br>BRANDON, FL 33510 | 656.68 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST  SUITE 900
DAYTON, OH  45402-1161
(937)222-7600  Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 5/11/2010

Certificate of Service 06-33403

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

RAYMOND MCLEMORE JR.
4420 CATALPA DRIVE
DAYTON, OH  45405

THOMAS D BERRY
1839 EAST STROOP RD
DAYTON, OH  45429

(18.1n)
CHASE AUTO FINANCE AZ1 1191
ATTN BRIANNA GALLELLI
201 N CENTRAL AVE
PHOENIX, AZ  85004

(4.1)
HSBC MORTGAGE SERVICES
636 GRAND REGENCY BLVD
BRANDON, FL  33510

(4.3)
HSBC MORTGAGE SERVICES
BOX 21188
EAGAN, MN  55121

(15.1)
HSBC MORTGAGE SERVICES
636 GRAND REGENCY BLVD
BRANDON, FL  33510

(1006.3)
HSBC MORTGAGE SERVICES
BOX 21188
EAGAN, MN  55121

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                    sv